IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NEAL JOHNSON, Personal Representative of the Estate of Duane S. Johnson;<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, The;<br><br>Defendant. | 4:22CV3105<br><br>**ORDER OF DISMISSAL** |

This matter is before the Court on the parties' Joint Stipulation for Dismissal (Filing No. 52). Having reviewed the matter, the Stipulation will be granted.

**IT IS ORDERED** that this case is dismissed with prejudice, with the parties to bear their own attorney's fees and costs.

Dated this 9th day of July, 2024.

BY THE COURT:

_Susan M. Bazis_
Susan M. Bazis
United States District Judge